THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00441-M

| | |
|---|---|
| NEW HORIZON GROUP HOME, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF HEALTH SERVICE REGULATION; | ) ) ) ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF
ACTION WITHOUT PREJUDICE**

NOW COMES Plaintiff New Horizon Group, LLC. by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice of its voluntary dismissal, without prejudice, of its Verified Complaint, and all claims therein, against North Carolina Department of Health and Human Services, Division of Health Service Regulation, in the above-captioned matter.

1

This the 13th day of November, 2020.

                                                      **SHANAHAN LAW GROUP, PLLC**

By:   */s/ Brandon S. Neuman*
       Kieran J. Shanahan, NCSB #13329
       Brandon S. Neuman, NCSB # 33590
       Andrew D. Brown, NCSB #45898
       128 E. Hargett Street, Suite 300
       Raleigh, North Carolina 27601
       Telephone: (919) 856-9494
       Facsimile: (919) 856-9499
       kieran@shanahanlawgroup.com
       bneuman@shanahanlawgroup.com
       abrown@shanahanlawgroup.com
       *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that this 13th day of November, 2020 the foregoing NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE was filed with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

>Derek L. Hunter
>Eric R. Hunt
>N.C. Department of Justice
>Post Office Box 629
>Raleigh, NC 27602
>dhunter@ncdoj.gov
>ehunt@ncdoj.gov

                             **SHANAHAN LAW GROUP, PLLC**

By:   */s/ Brandon S. Neuman*
       Kieran J. Shanahan, NCSB #13329
       Brandon S. Neuman, NCSB # 33590
       Andrew D. Brown, NCSB #45898
       128 E. Hargett Street, Suite 300
       Raleigh, North Carolina 27601
       Telephone: (919) 856-9494
       Facsimile: (919) 856-9499
       kieran@shanahanlawgroup.com
       bneuman@shanahanlawgroup.com
       abrown@shanahanlawgroup.com
       *Counsel for Plaintiff*